**EXHIBIT 1**

| Track Title | Artist | Copyright Registreation |
|---|---|---|
| 305.1 | Bass 305 | SR 223-863 |
| 1-2-3-4 | Latin Dee Jayz | PAu 2-374-421 |
| 2001 A Bass Odyssey | Bass Alliance | SR 206-614 |
| 305 Emergency Siren | Bass 305 | SR 207-016 |
| 305 Has Landed | Bass 305 | SR 207-016 |
| 305 On-line | Bass 305 | SR 207-016 |
| 808xs Bonus Beats 3.05 | 808XS | PAu002394848 |
| 808xs Bonus Beats 3.06 | 808XS | PAu002394848 |
| 808xs Bonus Beats 3.07 | 808XS | PAu002394848 |
| Acid People | Europhase | SR 223-699 |
| Activate the Bass | EuroBass Express | SR 206-613 |
| Ambient Evolution | Bass 305 | PAu 2-394-841 |
| Arriba,Abajo | Latin Dee Jayz | SR 223-864 |
| Aruba Prelude | Bass Syndicate | SR 248-138 |
| Authority Question | London Quad | SR 223-699 |
| Autobaun Route 305 | Bass 305 | SR 207-016 |
| Automated Digital Bass | Bass 305 | SR 207-019 |
| Bach 305 | Bass 305 | SR 207-016 |
| Backward Glances | Bass Syndicate | SR 248-138 |
| Base Mission 305 | Bass 305 | SR 207-019 |
| Bass (Turn it Up) | Bass Alliance | SR 206-614 |
| Bass Airwaves | Euro Bass Express | SR 224-026 |
| Bass Atmosphere | DJ Bass 305 | PAu 2-394-841 |
| Bass Beats | 808XS | SR 248-138 |
| Bass Control | Techno Bass Crew | SR 207-018 |
| Bass Epidemic | Bass Syndicate | SR 207-021 |
| Bass Epilogue | Bass 305 | SR 207-019 |
| Bass Experience | Techno Bass Crew | SR 207-018 |
| Bass Fantasy | Techno Bass Crew | SR 269-355 |
| Bass FX | Bass 305 | SR 207-022 |
| Bass Games | Bass Syndicate | SR 207-021 |
| Bass Gangsters Party All Night Long | Bass Gangsters | SR 207-036 |
| Bass in the Place | Bass Enforcers | PAu 2-394-867 |
| Bass In Your Face | Euro Bass Express | SR 222-912 |
| Bass Machine | Techno Bass Crew | SR 207-018 |
| Bass Muzik 305 | Bass 305 | PAu 2-394-867 |
| Bass Nation at War | Techno Bass Crew | SR 207-018 |
| Bass Preamble | Bass 305 | SR 207-019 |
| Bass State | Bass 305 | PAu 2-394-841 |
| Bass Syndicate Trance | Bass Syndicate | SR 207-021 |
| Bass Transmission | Bass 305 | SR 207-022 |
| Bass Transmission | Euro Bass Express | PAu 2-394-867 |
| Bass Units | Techno Bass Crew | SR 207-018 |
| Bass Units | Techno Bass Crew | SR 222-912 |
| Bass, it Moves Me | Bass Alliance | SR 206-614 |
| Bass-Red Alert | Bass Syndicate | SR 207-021 |
| Beyond the Edge | Bass 305 | PAu 2-394-841 |
| Birthday | Holly Cosner | SRu 313-568 |
| Black and Blue | Two with a Boom | SR 223-864 |
| Bonus Beats v.3.05 | 808 XS | PAu 2-394-848 |
| Bonus Beats v.3.06 | 808XS | PAu 2-394-848 |

| Track Title | Artist | Copyright Registreation |
|---|---|---|
| Bonus Track Beat | 808XS | SR 248-138 |
| Brain Death | Techno Bass Crew | SR 223-865 |
| Brave New World | Bass Syndicate | SR 207-021 |
| Brazil | Bass 305 | SR 223-863 |
| Buttuh | Drop City DJs | PAu002374389 |
| Calle Ocho | 44 | SR 223-864 |
| Check the Flava | Bass Gangsters | SR 207-036 |
| Check This Bass | Bass Syndicate | PAu 2-394-867 |
| China Doll | Bass 305 | SR 223-863 |
| Computer Bass | Bass 305 | SR 207-019 |
| Countdown to Bass | Bass Alliance | SR 206-614 |
| Cruising in Miami | Bass Gangsters | SR 207-036 |
| Cutting Rhythms | DJ Bass 305 | PAu 2-394-841 |
| Cyber Bass Woofer Test | Bass 305 | SR 223-863 |
| Cyber Travel | Bass 305 | SR 223-863 |
| Cyberbass | Bass Syndicate | SR 269-355 |
| Damaging Bass | Bass Alliance | SR 222-912 |
| Dance Hall Terror | Europhase | SR 222-924 |
| Dance of India | Bass 305 | PAu 2-394-841 |
| Dead Man | Holly Cosner | SRu000313568 |
| Declaration of House | Le Zoo | SR 223-864 |
| Deep water | Eurobass Express | SR 222-913 |
| Digital Bass | Bass 305 | SR 207-022 |
| Digital Bass 2002 | Bass 305 | SR 304-538 |
| Digital Cyber Dream | 813 | PAu 2-394-867 |
| Digital Dreams | Bass 305 | SR 207-016 |
| Digital turntables | Bass 305 | SR 207-016 |
| Disorder | Techno Bass Crew | SR 223-699 |
| DJ Scratch | Bass 305 | SR 207-022 |
| DJ You Can Scratch | Bass Syndicate | SR 207-021 |
| Do you Remember | Funn Club | PA 1278528 |
| Do You Test Me | Dirty South DJ's | PAu002374389 |
| Do You Want to Test Me | Drop City Djs | PAu 2-374-389 |
| Does Life…exist on this planet | Bass 305 | SR 224-026 |
| Dominican Moondance | Bass 305 | SR 223-863 |
| Drifting [The Slow Jam] | Euro Bass Express | PAu 2-394-867 |
| Drop Dat Base | 808XS | PAu 2-394-848 |
| Ethnicbass | Bas Euro | PAu 2-394-867 |
| Euro-Bass Express | Bass Alliance | SR 206-614 |
| Experimental Odessey | Bass 305 | SR 304-538 |
| Fallin (Save Me) | Holly Cosner | SRu000313568 |
| Feel My Desire | Jungle Gangsters | SR 222-924 |
| Fire and Rain | Bass 305 | SR 223-863 |
| Flight 305 | Bass 305 | SR 207-022 |
| Fresh Bass! | 808XS | PAu 2-394-848 |
| Funky Music | Zoo | PAu 2-394-867 |
| Future Travel | Bass Invaders | SR 224-026 |
| Galaxy of Bass | Techno Bass Crew | SR 207-018 |
| Get Close | DJ Bass 305 | PAu 2-394-841 |
| Get Up!!! | Bass Syndicate | SR 207-021 |
| Gods of Radio | Techno Bass Crew | SR 223-865 |

| Track Title | Artist | Copyright Registreation |
|---|---|---|
| Groove Theory | DJ IU | SR 223-864 |
| Hand | Holly Cosner | SRu000313568 |
| Hardcore Bass Uproar | Bass One | PAu 2-394-867 |
| Harriett's Ghost | Holly Cosner | SRu000313568 |
| Here Comes the Boom!!! | Bass Gangsters | SR 207-036 |
| Here I Go-Party Live | Bass Gangsters | SR 207-036 |
| Hero | Holly Cosner | SRu000313568 |
| Hip Hop Groove | Bass 305 | SR 207-016 |
| Hit Bang Split | Drop City DJ's | PAu 2-374-389 |
| Holy Moses | Holly Cosner | SRu000313568 |
| Honest Girl | Funn Club | PA 1278528 |
| House 5 | Deep Alliance | SR 223-864 |
| Hypnotize | Techno Bass Crew | SR 223-865 |
| I'll take you deeper | Robert and Ivan | SR 223-864 |
| Immortality | Digital International | SR 223-699 |
| In a Trance | DJ OSP | SR 223-864 |
| In the Beginning There was Techno Bass | Techno Bass Crew | PAu 2-394-867 |
| In the Jungle | 44 | SR 222-924 |
| Industrial Computer | Bass 305 | SR 223-863 |
| Intersound | Bass Alliance | SR 224-026 |
| Into the Future | Bass 305 | SR 224-026 |
| Introduction to 3D Bass | Bass Syndicate | SR 207-021 |
| Introduction to Departure | Bass 305 | SR 223-863 |
| Introduction to Virtual Bass | Bass 305 | SR 207-016 |
| Jazzy Bass | 808XS | PAu 2-394-848 |
| Jungle Fever | Kingston Coalition | SR 222-924 |
| Jungle Interlude | Ivan and Robert | SR 222-924 |
| Jungle of Love | The Zoo | SR 222-924 |
| Jungle Style Bass | General X | SR 222-924 |
| Kick the Bass | Bass Gangsters | SR 207-036 |
| Kid Kill | Techno Bass Crew | SR 223-865 |
| Kingston Bass LTD | Reel Bizzare | SR 222-924 |
| Krypton Forest | Anonymous | SR 223-699 |
| Laughing and Forgetting | Holly Cosner | SRu000313568 |
| Let the Bass Go | Bass Alliance | SR 206-614 |
| Let's Do Some Scratchin' | Bass 305 | SR 207-019 |
| Let's Make Some Noise | Bass Bombers | SR 207-013 |
| Let's Trip | DJ Trippy | SR 248-138 |
| Liberation Day | Digital DJs | SR 223-699 |
| Liquid | DJ Trippy | SR 248-138 |
| London Quad | BoBA | PAu 2-394-867 |
| Look Aggressively Towards the Future | Bass 305 | SR 207-016 |
| Love on Line | Eurobass Express | SR 224-026 |
| Love Theme from "Bass Machine" | Techno Bass Crew | SR 269-355 |
| Love Theme II/ Love Revisited | Techno Bass Crew | PAu 2-394-841 |
| Man Likes the Sound of Bass | Bass 305 | SR 207-019 |
| Meaning of Life | DJ Bass Syndicate | SR 248-138 |
| Melting Seams | Holly Cosner | SRu000313568 |
| Mexican Sax and Violence | Bass 305 | SR 223-863 |
| Miami Turntable Terror | Latin Dee Jayz | PAu 2-394-867 |
| Mix Master | Bass 305 | SR 207-016 |

| Track Title | Artist | Copyright Registreation |
|---|---|---|
| Move That Woofer | 808XS | PAu 2-394-848 |
| Music of the Earth | Bass Alliance | SR 224-026 |
| Musik of the Future | Bass 305 | SR 207-019 |
| Musique Base | Bass 305 | PAu 2-394-841 |
| Muzik-elctro v.1.6 | Bass Alliance | PAu 2-394-867 |
| My Boomin' is a Boomin' | Bass Gangsters | SR 207-036 |
| Never Go Back | Bass 305 | SR 304-538 |
| No Justice | EBE | SR 223-699 |
| No One Out Can Compete | 808XS | PAu 2-394-848 |
| Now is the time for Bass | Techno Bass Crew | SR 207-018 |
| Now Listen Up | Digital Boom | SR 222-924 |
| Nu Dimensions | DJ Bass Syndicate | SR 248-138 |
| Ocean Dance | Bass 305 | SR 223-863 |
| One On One | Digital Boom | SR 223-864 |
| Open Your Mind | Bass Alliance | PAu 2-394-841 |
| Open Your Mind | DJ Bass Syndicate | SR 223-864 |
| Outer Space Bass | Bass Invaders | SR 269-355 |
| Party People | Bass 305 | SR 304-538 |
| Party Slammin Bass | Bass 305 | SR 207-019 |
| People Get on the floor | Bass Gangsters | SR 207-036 |
| Picture Perfect Memories | Bass 305 | SR 304-538 |
| Picture Postcard | DJ Trippy | SR 248-138 |
| Planet | Electrobase | SR 222-913 |
| Planet Bass | 407 | SR 224-026 |
| Prelude to Sci-Fi Bass | Bass Syndicate | SR 207-021 |
| Pump Up the Bass | Bass 305 | SR 207-022 |
| Pure-Tone Bass | Bass 305 | SR 224-026 |
| Radioactive Bass | DJ Bass Syndicate | SR 248-138 |
| Rain Dance | MCD | SR 222-913 |
| Raindance | MCD | SR 222-924 |
| Reaching Out | Bass Syndicate | SR 222-912 |
| Real DJ's Out There | 808XS | PAu 2-394-848 |
| Rebel Science | Bass 305 | SR 224-026 |
| Rebel Science Prelude | Bass 305 | SR 207-016 |
| Reggae Bass | Techno Bass Crew | SR 207-018 |
| Relax | DJ OSP | SR 223-699 |
| Ride the Rhythm | Ragga Rebels | SR 222-924 |
| Rollin in My 5.0 | Digital DJs | PAu 2-394-867 |
| Science of Sound | Bass 305 | SR 207-022 |
| Scratch Da Record | 808XS | PAu 2-394-848 |
| Scratchin' So Nice | Bass Syndicate | SR 207-021 |
| Scratching | 808XS | PAu 2-394-848 |
| Sea of Love | Bass 305 | SR 304-538 |
| Searching for Love | DJ Bass 305 | PAu 2-394-841 |
| Sex on the Beach | 954 | SR 223-864 |
| SFX 2.3 | DJ Bass Syndicate | SR 248-138 |
| SFX 3.1 | DJ Bass 305 | SR 248-138 |
| SFX 3.8 | DJ Bass Syndicate | SR 248-138 |
| Shades of Blue | Bass 305 | SR 304-538 |
| She's Da Flava | Drop City DJ's | PAu 2-318-988 |
| Sizing The Bass | Techno Bass Crew | SR 207-018 |

| Track Title | Artist | Copyright Registreation |
|---|---|---|
| Slow Sci-Fi Bass | Bass Syndicate | SR 207-021 |
| Slow Sci-Fi Finale | Bass Syndicate | SR 207-021 |
| Slowed Down Drop | 808XS | PAu 2-394-848 |
| Sludge | Techno Bass Crew | SR 223-865 |
| Sound Chaser | Bass 305 | PAu 2-394-841 |
| Space Bass Traveler | Bass Alliance | SR 206-614 |
| Space Flight | Bass 305 | SR 304-538 |
| Space Travel | Bass 305 | SR 207-016 |
| Special Vision | Bass Quest | SR 222-913 |
| Spin That Wheel! | Bass 305 | SR 207-019 |
| State of Confusion | David D. | SR 223-864 |
| Stereo Three Dimensional Test | Bass Syndicate | SR 207-021 |
| Stereo Turntable Challenge | 808XS | PAu 2-394-848 |
| Stereophonia | Deep 305 | SR 223-864 |
| Stop the World | Funn Club | PA 1277299 |
| Sub Culture | Bass 305 | SR 207-022 |
| Subjective Tones | Bass 305 | SR 304-538 |
| Subsonic Digital Electronics | Bass 305 | SR 304-538 |
| Successful Mission | Bass 305 | SR 223-863 |
| Sunset on Rio | Kingston Coalition | SR 223-864 |
| Techno Bass | Bass 305 | SR 207-022 |
| Techno Soul bass | Bass 305 | SR 207-022 |
| TechnoBass-the New Style | Techno Bass Crew | SR 207-018 |
| Tell Me How | Funn Club | PA 1278528 |
| The 12th of Never | Techno Bass Crew | SR 223-865 |
| The Birth of Bass | Bass Bombers | SR 269-355 |
| The Future of Bass | Bass Alliance | SR 206-614 |
| The Killer | Techno Bass Crew | SR 223-865 |
| The King of the Planet Quad | Bass Invaders | PAu 2-394-867 |
| The Sound of Ohm | Bass Alliance | SR 206-614 |
| This is Bass | Bass Alliance | SR 206-614 |
| Throw Your Hands In the Air | Bass 305 | PAu 2-374-421 |
| Thumpin' Bass Beat | DJ Bass Syndicate | SR 248-138 |
| Tone | Bass 305 | SR 223-863 |
| Trip Tease | 954 | SR 223-699 |
| Turnable Terrorism | Bass 305 | SR 207-022 |
| Ultimate Bass Challenge | Bass 305 | SR 207-019 |
| Ultimate Break Beat 305 | Bass 305 | SR 304-538 |
| Ultraviolet High | Techno Bass Crew | SR 223-865 |
| Unfortunate Conception | Techno Bass Crew | SR 223-865 |
| Unity of Bass | Bass Alliance | SR 206-614 |
| Until We Boom Again | Techno Bass Crew | PAu 2-394-867 |
| Velosity | Base One | SR 222-913 |
| Velosity | Bass 305 | SR 304-538 |
| Virtual Bass | Bass 305 | SR 222-912 |
| Walking on the Moon | London Quad | SR 222-913 |
| Warning Signal to Computer Bass | Bass 305 | SR 207-019 |
| What Is a D.J.? | 808XS | SR 269-351 |
| White Coat | Techno Bass Crew | SR 223-865 |
| White Dust Cloud | Le Zoo | SR 223-699 |
| White Rabbit | U.K. Tribe | SR 222-924 |

| Track Title | Artist | Copyright Registreation |
|---|---|---|
| Why? | Techno Bass Crew | SR 223-865 |
| Wicked Selection | Didicom International | SR 222-924 |
| Witness to the Boom | Bass Invaders | PAu 2-394-867 |
| Woofer Wrecker | Bass Bombers | SR 207-013 |
| World Apart | Funn Club | PA 1278528 |
| You Gotta Give it Up | Bass Gangsters | SR 207-036 |
| Your Love is Acid | MCD | SR 223-864 |
| You're Laughing at My Boom | Bass Gangsters | SR 207-036 |
| Hi Tech Mix | DJ Bass Syndicate | SR 248-138 |
| Audio Test Sound FX | DJ Bass Syndicate | SR 248-138 |
| Bonus Boom | DJ Bass Syndicate | SR 248-138 |
| Cosmic Lullaby | Techno Bass Crew | SR 254-699 |
| Undertow | Techno Bass Crew | SR 254-699 |
| Do it to Me | Techno Bass Crew | SR 254-699 |
| Subsonic Love | Techno Bass Crew | SR 254-699 |
| Computer Language | Techno Bass Crew | SR 254-699 |
| Subsonic Bass- We Got It | Techno Bass Crew | SR 254-699 |
| Master of the Universe | Techno Bass Crew | SR 254-699 |
| Bass in My Soul | Techno Bass Crew | SR 254-699 |
| All Aboard the Bass Train | Techno Bass Crew | SR 254-699 |
| Gamma Ray | Techno Bass Crew | SR 254-699 |
| The Age of Machines | Techno Bass Crew | SR 254-699 |
| Bass XS | Techno Bass Crew | SR 254-699 |
| Lo-Tek Impact | Techno Bass Crew | SR 254-699 |