UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE No. 17-cv-62374-BB

WATSON MUSIC GROUP, LLC,

        Plaintiff,

v.

SPOTIFY USA INC.,

        Defendant.

_____/

## ORDER

Upon the Joint Scheduling Report filed by the parties in this action on February 12, 2018 together with the Unopposed Motion for Stay, it is **ORDERED** that:

1. The case is stayed pending the determination by the United States District Court for the Southern District of New York ("SDNY Court") of the Motion to Approve Final Settlement of the class action styled *Ferrick v. Spotify USA, Inc.*, Case No. 16-cv-8412 (AJN) (the "Ferrick Class Action").

2. Within ten (10) days of the SDNY Court issuing a ruling in the Ferrick Class Action on the Motion to Approve Final Settlement, the parties shall advise this Court.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, this ___ day of February, 2018.

                                          **HON. BETH BLOOM**
                                          **UNITED STATES DISTRICT JUDGE**

Copies furnished to:
All Counsel of Record