**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**Case No. 17-cv-62374-BB**

WATSON MUSIC GROUP, LLC

    Plaintiff,

v.

SPOTIFY USA INC,

    Defendant.

_____/

**ORDER GRANTING PLAINTIFF'S MOTION TO STAY AND ADMINISTRATIVELY CLOSING CASE**

**THIS CAUSE** is before the Court upon Plaintiff's Motion to Stay. *See* ECF No. [20]. In the motion, which Defendant does not oppose, Plaintiff asked the Court to stay the proceedings in this case until the United States District Court for the Southern District of New York makes a determination regarding the Motion to Approve Final Settlement of the class action in *Ferrick v. Spotify USA, Inc.*, Case No. 16-cv-8412 (AJN) (the "Ferrick Class Action"). *See Id.* at 1. Plaintiff believes, and Defendant agrees, that the present case should be stayed pending the determination of the motion for final approval of the Ferrick Class Action, as: (1) this determination may have preclusive effect against the claims asserted in this action, and (2) Plaintiff's opposition to the final settlement and inclusion within the class is presently before the Ferrick court. *See Id.* at 1. The Court having carefully reviewed the file, and being otherwise fully advised, it is **ORDERED AND ADJUDGED** as follows:

1.     Plaintiff's Motion to Stay, **ECF No. [20]**, is **GRANTED**.
2.     The above-styled action is administratively **CLOSED**. The Clerk shall **CLOSE** this case for administrative purposes only.

Case No.  17-cv-62374-BB

3. Any pending deadlines are **TERMINATED**.

4. The parties are to file the appropriate papers with the Court within **seven (7) days** of the Ferrick court's determination of the motion to approve final settlement.

**DONE AND ORDERED** in Miami, Florida this 12th day of February, 2018.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record