**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 17-cv-62374-BB**

WATSON MUSIC GROUP, LLC

    Plaintiff,

v.

SPOTIFY USA INC,

    Defendant.

_____/

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO CONTINUE STAY**

    **THIS CAUSE** is before the Court upon Plaintiff's Unopposed Motion to Continue Stay. *See* ECF No. [28]. In the motion, Plaintiff asks the Court to continue the stay of the proceedings entered in this case on February 12, 2018, *see* ECF No. [26], until Plaintiff's appeal of the United States District Court for the Southern District of New York's order and final judgment approving the class action settlement in *Ferrick v. Spotify USA, Inc.*, Case No. 16-cv-8412 (AJN) (the "Ferrick Class Action") has been resolved, *see* ECF No. [28].

    The Court, having carefully reviewed the file and being otherwise fully advised, it is **ORDERED AND ADJUDGED** that Plaintiff's Unopposed Motion to Continue Stay, **ECF No. [28]**, is **GRANTED**. The parties are to file the appropriate papers with the Court within **seven (7) days** of the determination Plaintiff's appeal of the order and final judgment approving the class action settlement in the Ferrick Class Action.

Case No. 17-cv-62374-BB

**DONE AND ORDERED** in Miami, Florida this 30th day of May, 2018.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record